## Commonwealth ex rel. Hoskins, Appellant, *v.* Myers.

Submitted September 13, 1965.
*William Hoskins,* appellant, in propria persona; *Lewis H. Markowitz,* Assistant District Attorney, and *Daniel W. Shoemaker,* District Attorney, for appellee.
Order affirmed.

## Commonwealth ex rel. Jennings, Appellant, *v.* Myers.

Submitted September 13, 1965. *Ruben Jennings,* appellant, in propria persona; *Henry J. Rutherford,* Assistant District Attorney, and *Wilson Bucher,* District Attorney, for appellee.
Order affirmed.

## Commonwealth ex rel. Jones, Appellant, *v.* Myers.

Submitted September 13, 1965. *Curtis Howard Jones, Jr.,* appellant, in propria persona; *Richard A. Devlin,* Assistant District Attorney, and *Richard S. Lowe,* District Attorney, for appellee.
Order affirmed.